CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2016

JULIA G. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BARRY W. FREEMAN, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:15cv150 |
| v. | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 16) is **GRANTED**, the magistrate judge's report and recommendation (ECF No. 22) is **ADOPTED** in its entirety, the Commissioner's decision is **AFFIRMED**, and this case is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: 09/13/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge